1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

10   UNITED STATES OF AMERICA,
                                              NO. CR. 12-0075 KJM
11            Plaintiff,

12        v.                                  ORDER

13   NADIYAH MUHAMMAD WOODS,

14            Defendant.

15   _____/

16              On April 3, 2013, the court sentenced defendant Woods to the custody of the

17   Attorney General to serve a total term of thirty-seven months, recommended that defendant be

18   incarcerated at FCI Dublin, and set a self-surrender date of June 12, 2013.  The court has been

19   informed that the Bureau of Prisons has designated FCI Phoenix as Woods' place of

20   incarceration.  Defense counsel has inquired about the Phoenix placement, given that it will

21   eliminate the possibility of visitation by Woods' young daughters.  This case is the second in as

22   many weeks in which the court has learned that a recommended FCI Dublin placement did not

23   materialize.  Given the continuing unavailability of a halfway house in the Eastern District, it

24   appears that a combination of circumstances means that Woods will be detained at some

25   distance for the entirety of her term of incarceration and any initial period of reentry.

26              While recognizing that the court can only recommend placements, and that the

27   Bureau of Prisons does not as a matter of policy notify the court each time it is unable to

28   comply with a recommendation, the court also understands that the Bureau is able to provide

                                              1

reasons in a specific instance for its inability to follow a recommendation. Given the circumstances of this case, the court requests that the Bureau of Prisons provide a written explanation to the court, within fourteen days of the date of this order, explaining why Woods cannot be accommodated at FCI Dublin.

IT IS SO ORDERED.

DATED: April 19, 2013.

_____
UNITED STATES DISTRICT JUDGE